Myroslaw Dragan *v.* Connecticut Medical
Examining Board et al.

The defendants' petition for certification for appeal from the Appellate Court, 24 Conn. App. 662, is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the plaintiff's right of cross-examination of Collette Connor was violated?

"2. Did the Appellate Court properly conclude that the plaintiff was entitled by due process of law to the statements of Collette Connor?"

*Richard J. Lynch, Carolyn K. Querijero* and *Paul J. Lahey,* assistant attorneys general, in support of the petition.

*Philip M. French,* in opposition.

Decided July 9, 1991